**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form MCD

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Joshua L. Hedlund | Case No.: 09–57539 ASW 7 |
|---|---|
| Debtor(s) | Chapter: 7 |

## NOTICE OF HEARING RE:
## MOTION TO DISMISS CASE

TO THE DEBTOR, CREDITORS, AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN THAT A HEARING IN THIS CASE WILL BE HELD AT:

| **DATE:** January 28, 2011 | **TIME:** 02:00 PM |
|---|---|
| **LOCATION:** U.S. Courthouse and Federal Bldg., 280 S 1st Street, Courtroom 3020 3rd Fl., San Jose, CA 95113 | |

TO CONSIDER AND ACT UPON THE FOLLOWING:

Motion of the U.S. Trustee to Dismiss . The motion is based on memorandum or points and authorities, and any other supporting documents on file with the court.

For further information, please refer to the court file, which may be reviewed in the Office of the Clerk, U.S. Bankruptcy Court.

Dated: 1/4/11

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0971-5           User: knitzel                Page 1 of 2           Date Rcvd: Jan 04, 2011
Case: 09-57539                 Form ID: MCD                 Total Noticed: 35
```

The following entities were noticed by first class mail on Jan 06, 2011.
```
db         +Joshua L. Hedlund,    102 Hillcrest Terrace,    Santa Cruz, CA 95060-2012
smg         CA Franchise Tax Board,    Attn: Special Procedures,    P.O. Box 2952,    Sacramento, CA  95812-2952
smg         Secretary of The Treasury,    15th and Pennsylvania Ave. NW,    Washington, DC  20220-0001
smg        +State Board of Equalization,    Attn: Special Procedures Section, MIC:55,    P.O. Box 942879,
             Sacramento, CA 94279-0001
br         +Clark Rosen,    Coldwell Banker Petaluma Office,    165 First Street,    Petaluma, CA 94952-4292
intp       +H & H Capital Managment, LLC,    1915 Addison Street,    Berkeley, CA 94704-1101
tract      +Kokjer, Pierotti, Maiocco and Duck,    351 California St. #300,    San Francisco, CA 94104-2422
traty       Luce, Forward, Hamilton and Scripps,    c/o Charles P. Maher,    Rincon Center II,
             121 Spear St. # 200,    San Francisco, CA  94105-1582
intp       +McLean Survivors Trust,    c/o Rachel K. Nunes,    Abbey, Weitzenberg, Warren & Emery,
             P.O. Box 1566,    Santa Rosa, ca 95402-1566
10569665   +2106 Mission Street Associates LLC,    c/o Julie H. Rome-Banks, Esq.,    Binder & Malter, LLP,
             2775 Park Avenue,    Santa Clara, CA 95050-6004
10430598   +2106 Mission Street Associates LLC,,    c/o 2106 Mission Street Associates LLC,,
             Binder & Malter, LLP,    2775 Park Avenue,    Santa Clara, CA 95050-6004
10630458   +Amos Faraon,    c/o Law Office of Christopher G. Metzger,    707 K Street,    Eureka, CA 95501-1122
10295059    Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
10630099   +Bob Howard and Claire Martin,    c/o Law Office of Christopher G. Metzger,    707 K Street,
             Eureka, CA 95501-1122
10379680    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
11008449   +Diego West-Hedlund,    Desmond West-Hedlund,    c/o James McBurney,    890 South Wolfe Rd,
             Sunnyvale, CA 94086-8163
10393953    FRANCHISE TAX BOARD,    BANKRUPTCY SECTION MS A340,    PO BOX 2952,    SACRAMENTO, CA 95812-2952
10295060   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court:  Internal Revenue Service,     P.O. Box 21126,
             Philadelphia, PA 19114-0326)
10375002   +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,,    c/o Pite Duncan LLP,    4375 Jutland Drive Suite 200,
             P.O Box 17933,    San Diego, Ca 92177-7921
10372338   +JPMorgan Chase Bank, National Association,    4375 Jutland Drive, Suite 200,    P.O. Box 17933,
             San Diego, CA 92177-7921
10979485   +Joshua L. Hedlund,    98166-111 Unit K-4,    Federal Correctional Institution,    PO Box 1000,
             Sandstone, MN 55072-1000
11059101   +Komatsu Financial, L.P.,    c/o Richard W. Esterkin,    Morgan, Lewis & Bockius LP,
             300 South Grand Avenue,    Suite 2200,    Los Angeles, California 90071-3132
10465351   +McLean Survivors Trust,,    C/O Abbey, Weitzenberg, Warren & Emery,    P.O. Box 1566,
             Santa Rosa, ca 95402-1566
10630428   +Milk Ranch Creek, LLC,    c/o Law Office of Christopher G. Metzger,    707 K Street,
             Eureka, CA 95501-1122
10295061   +Quality Loan Service Corp.,    2141 5th Avenue,    San Diego, CA 92101-2101
10295062    Sears,    P.O. Box 6937,    The Lakes, NV 88901-6937
10629996   +Starling Faraon,    c/o Law Office of Christopher G. Metzger,    707 K Street,
             Eureka, CA 95501-1122
10295063   +Stewart Title,    1955 41st Avenue, Suite A5,    Capitola, CA 95010-2514
10295064   +Tedrowe Realty And Investments,    74 River Street, Suite 206,    Santa Cruz, CA 95060-4519
10295065    United Mileage Plus,    Cardmember Service,    P.O. Box 94014,    Palatine, IL 60094-4014
10295066    Washington Mutual,    P.O. Box 78148,    Phoenix, AZ 85062-8148
```

The following entities were noticed by electronic transmission on Jan 05, 2011.
```
smg         E-mail/Text: itcdbg@edd.ca.gov                                CA Employment Development Dept.,
             Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA  94280-0001
reqntc      E-mail/PDF: gecsedi@recoverycorp.com Jan 05 2011 03:42:36     GE Money Bank,
             c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
10397288    E-mail/PDF: gecsedi@recoverycorp.com Jan 05 2011 03:42:36     GE Money Bank (Funancing/Gemb),
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
10751885    E-mail/PDF: BNCEmails@blinellc.com Jan 05 2011 05:01:19      Roundup Funding, LLC,    MS 550,
             PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Darren Kerr
cr          JPMorgan Chase Bank, National Association
app         John Schmitz
cr          Lisa Kerr
cr          Paul Hiss
intp*      +2106 Mission Street Associates LLC,    c/o Julie H. Rome-Banks, Esq.,    Binder & Malter, LLP,
             2775 Park Avenue,    Santa Clara, CA 95050-6004
reqntc*    +JPMorgan Chase Bank, National Association,    c/o Pite Duncan, LLP,    4375 Jutland Drive Suite 200,
             P.O Box 17933,    San Diego, Ca 92177-7921
cr*         Roundup Funding, LLC,    MS 550,    PO Box 91121,    Seattle, WA  98111-9221
10300578*   Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
10328173*   Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
10328174*  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court:  Internal Revenue Service,     P.O. Box 21126,
             Philadelphia, PA 19114-0326)
10980887*  +Joshua L. Hedlund,    98166-111 Unit K-4,    Federal Correctional Institution,    PO Box 1000,
             Sandstone, MN 55072-1000
10328175*  +Quality Loan Service Corp.,    2141 5th Avenue,    San Diego, CA 92101-2101
10300579*   Sears,    P.O. Box 6937,    The Lakes, NV 88901-6937
10328176*   Sears,    P.O. Box 6937,    The Lakes, NV 88901-6937
10328177*  +Stewart Title,    1955 41st Avenue, Suite A5,    Capitola, CA 95010-2514
```

```
District/off: 0971-5           User: knitzel              Page 2 of 2                Date Rcvd: Jan 04, 2011
Case: 09-57539                 Form ID: MCD               Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****
```
10300580*     +Tedrowe Realty And,   Investments,    74 River Street, Suite 206,    Santa Cruz, CA 95060-4519
10328178*     +Tedrowe Realty And Investments,    74 River Street, Suite 206,    Santa Cruz, CA 95060-4519
10300581*      United Mileage Plus,   Cardmember Service,    P.O. Box 94014,    Palatine, IL 60094-4014
10328179*      United Mileage Plus,   Cardmember Service,    P.O. Box 94014,    Palatine, IL 60094-4014
10300582*      Washington Mutual,   P.O. Box 78148,    Phoenix, AZ 85062-8148
10328180*      Washington Mutual,   P.O. Box 78148,    Phoenix, AZ 85062-8148
                                                                                  TOTALS: 5, * 17, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 06, 2011**                              **Signature:**      *Joseph Speetjens*